

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/21
```

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF ONLY

August 6, 2021

U.S. District Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    *Mercer v. Krishna Hospitality, Inc., et al.*, Case No. 1:21-cv-03846-AJN

Dear District Judge Nathan:

    This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously advised, the above referenced action has been settled and that the Plaintiff has executed an agreement, which is in the possession of Defendant's counsel for counter execution. Respectfully, ==we are requesting together with counsel for the defendant a stay of all deadlines and conferences for an additional period of up to thirty (30) days so that the parties can finalize the settlement agreement and file a stipulation of dismissal.==

    Thank you for your time and consideration in this matter.

SO ORDERED.

*[Signature]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
8/10/21

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:    All Counsel of Record. (*via CM/ECF)*